IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY N. CRABTREY**                                                                                 **PLAINTIFF**

**VS.**                              **CASE NO. 4:14CV00058 JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
   **Social Security Administration**                             **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 6th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE